# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>KEISHA COLE,<br><br>        Defendant. | Case No. 3:13-cr-00012-RCJ-WGC<br><br>**ORDER STAYING RELEASE OF DEFENDANT KEISHA COLE PENDING TRIAL** |

Upon consideration of the motion of the government, the Order of the Magistrate Judge in the District of Arizona releasing the defendant Keisha Cole, under Case No. 2:13-mj-00236-MHB, is stayed pending further hearing in this Court. The defendant shall remain in custody pending resolution of this matter.

Dated this  24th   day of June, 2013

BY THE COURT:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE